IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV351
(1:02CR69)

| | |
|---|---|
| CHRISTOPHER CHAD DAVIS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed December 1, 2005, and upon referral from the District Court.

After review of the motion, the Court finds the United States should file response to the issues raised therein.

**IT IS, THEREFORE, ORDERED** that the United States file answer to the petition filed herein on or before 60 days from service of this Order.

2

Signed: July 26, 2007

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge