IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV351
(1:02CR69)

| | |
|---|---|
| CHRISTOPHER CHAD DAVIS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **ORDER OF DISMISSAL** |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Petitioner's § 2255 motion to vacate as moot. The Petitioner has not responded to the Government's motion.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and this action is hereby **DISMISSED** as moot.

Signed: October 5, 2007

Lacy H. Thornburg
United States District Judge